# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

## JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| JASON SPREITZER, | )<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) Case No. 20-CV-0789-FJG |
| UNIVERSITY OF KANSAS HEALTH SYSTEM, | )<br>)<br>) |
| Defendant. | ) |

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court.** This action came before the Court. The issues have been determined and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that

defendant's Motion to Dismiss is GRANTED. Plaintiff's complaint is hereby DISMISSED WITH PREJUDICE. As a result, Defendant's Motion to Dismiss for Failure to State a Claim and Insufficient Service of Process is DENIED AS MOOT.

August 17, 2021　　　　　　　　　　　　Paige Wymore-Wynn
Date　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　　/s/ Tracy L. Diefenbach
　　　　　　　　　　　　　　　　　　　　(by) Deputy Clerk